# United States District Court

## Eastern District of Wisconsin

| | |
|---|---|
| CHESTER LEE HILL,<br>      Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | |
| PHIL KINGSTON,<br>      Defendant. | CASE NUMBER: 06-C-259 |

[X]    Decision by Court. This action came for consideration before the Court.

**IT IS ORDERED AND ADJUDGED**

that Hill's petition for a writ of habeas corpus and this case is **dismissed** as untimely pursuant to 28 U.S.C. § 2244(d).

SOFRON B. NEDILSKY
Clerk of Court

August 17, 2006        s/ V. Kelly Barton Terry
Date        (By) Deputy Clerk

Approved this 17th day of August, 2006.

s/AARON E. GOODSTEIN
United States Magistrate Judge